# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: __O4-15-00059-CV__

Trial Court Style: __Perryman Vs. Robinson & Jones__

Trial Court No.: __2013-C1-09714__

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/11/2015 3:39:10 PM
KEITH E. HOTTLE
Clerk

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: __Unknown__

The record was originally due: __Unknown__

I anticipate the length of the record to be: __Unknown__

I am unable to file the record by the date such record is due because [check one]:

[X] the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ] my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

[X] Other. Explain [attach additional pages if needed]: __A record has not been requested from me.__

I anticipate the record will be completed by: __Unknown__

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: __2-11-15__   Signature: __Kayleen Rivera__

Printed Name: __Kayleen Rivera__

Title: __Court Reporter__

## Acknowledgment
(To be completed by notary or court clerk)

State of Texas §

County of _____ §

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: _____   Signature: _____

Seal:   Printed Name: _____